# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| IN RE: REQUEST FOR CERTIFICATION AS LEGAL INTERN PURSUANT TO PA. B.A.R. 321 & 322 | No. 54 WM 2015 |

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of September, 2015, the Petition for Review per Pa.B.A.R. 321 and 322 is **DENIED**.